law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2152. IN RE DISBARMENT OF HALEY. Timothy S. Haley, of Caldwell, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M75. CASTILLO v. ALABAMA. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 99–1396. CHANDLER ET AL. v. HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL. Appeal from D. C. S. D. Fla. Motion of appellants to expedite consideration of jurisdictional statement prior to May 8, 2000, denied.

No. 99–7817. IN RE FALCON. Petition for writ of habeas corpus denied.

No. 99–8249. IN RE HEWLETT. Petition for writ of mandamus denied.

No. 99–7932. IN RE WEBB. Petition for writ of mandamus and/or prohibition denied.

No. 99–879. MOGHADAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–887. RICHARDSON v. RENO, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–898. CITY OF CHICAGO ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–949. DAHLSTROM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–993. ARKANSAS v. FARM CREDIT SERVICES OF CENTRAL ARKANSAS ET AL. Sup. Ct. Ark. Certiorari denied.